UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| UNITED STATES | ) | |
|  | ) | |
| v. | ) | Docket No. 11-CR-10233-GAO |
|  | ) | |
| CHRISTOPHER CHASSE, | ) | |
| Defendant. | ) | |
| _____) | | |

**MOTION FOR TRANSCRIPT OF DETENTION HEARING**

Now comes the defendant, Christopher Chasse by his court-appointed attorney and moves this Honorable Court for a transcript of the detention hearing held a November 15, 2012.

Respectfully submitted,
CHRISTOPHER CHASSE
By his attorney,

 /s/ Elizabeth A. Lunt
Elizabeth A. Lunt (BBO # 307700)
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

Dated: November 20, 2012

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was filed this day via electronic filing with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

 /s/ Elizabeth A. Lunt
Elizabeth A. Lunt