# Zalkind, Rodriguez, Lunt & Duncan LLP
ATTORNEYS AT LAW
65a Atlantic Avenue, Boston, Massachusetts 02110
TELEPHONE (617) 742-6020
FAX (617) 742-3269
www.zrld.com

Norman S. Zalkind
David Duncan
*also member of PA Bar*
Inga S. Bernstein

Of Counsel:
Elizabeth A. Lunt
Harvey A. Silverglate

Rachel Stroup
Ruth O'Meara-Costello
Emma Quinn-Judge
Monica R. Shah
*also member of NY Bar*
Zoraida Fernandez
*also member of CA Bar*
Naomi Shatz
*also member of NY Bar*

November 21, 2012

**By E-Filing and U.S. Mail**
Victor A. Wild
Assistant United States Attorney
John Joseph Moakley
U.S. Federal Courthouse, Suite 9200
1 Courthouse Way
Boston, Ma 02210

re:   U.S. v Christopher Chasse,
       No. 11-CR-10233-GAO

Dear Mr. Wild,

    I am writing pursuant to Rule 116.3 of the Local Rules of Criminal Procedure to request the following discovery in the above-captioned matter:

1. All documents pertaining to foreclosure proceedings on the properties listed in the indictment and any other properties with respect to which the government alleges that the defendant committed mortgage fraud, and the sale price obtained for each such property.

2. An itemized list of the losses alleged to have been sustained as a result of the defendant's conduct alleged in the indictment and as a result of any alleged relevant conduct, and copies of all documents supporting the losses alleged.

3. An itemized list of funds transferred to Mr. Chasse as a result of the fraud alleged in the indictment and as a result of any alleged relevant conduct, and copies of all documents evidencing such transfers of funds.

4. An itemized list of funds deposited in accounts in Mr. Chasse's name or controlled by

        Mr. Chasse as a result of the fraud alleged in the indictment and as a result of any alleged relevant conduct, and copies of all documents evidencing such deposits.

5. All search warrants, affidavits and returns, and reports of law enforcement agencies pertaining to execution of search warrants, pertaining to the investigation of this case.

6. All statements by any co-defendant or unindicted co-conspirator which the government intends to offer into evidence at trial as co-conspirator statements under Federal Rule of Evidence 801 (d)(2)(E).

7. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), a written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial, describing the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

8. A description of any prior or subsequent bad acts allegedly committed by the defendant about which the government intends to introduce evidence at trial pursuant to Federal Rule of Evidence 404(b). The defendant also requests the names and addresses of any witnesses to these alleged acts whom the government intends to call at trial, and copies of all documents or photographs of any physical evidence the government intends to introduce at trial in relation to the alleged acts.

9. All statements by the defendant which the government intends to offer into evidence at trial as an admission under Federal Rule of Evidence 801(d)(2)(A) or (B).

10. Early disclosure of Jencks material (60 days before trial.)

11. Any and all reports and notes of federal, state and local law enforcement agents and police officers pertaining to the investigation of this case.

12. An itemized list of the "kickback payments" alleged in paragraph 9 of the indictment, and copies of all documents relating to the alleged "kickback payments."

13. An itemized list of each and every misrepresentation allegedly made by the defendant in or relating to each loan application, and copies of all documents relating to the alleged misrepresentation.

14. Any documentation or information in the government's possession relating to the defendant's employment and assets in 2006.

15. The name and address of the closing attorney at each real estate closing on properties listed in the indictment or on any other property with respect to which the government alleges that the defendant committed mortgage fraud.

Exculpatory evidence:

I request the following specific exculpatory evidence to which the defendant is entitled under Brady and Giglio:

- (a) Any formal or informal promises to reward any witness, or statements made by the government or its agents to a witness relating to the resolution of a pending criminal case or to pending charges, including but not limited to proffer letters.

- (b) Witness' parole or probation status.

- (c) Promises, rewards, inducements or statements by the government or its agents relating to witness' civil tax or administrative liability, or any immigration matter, or any bankruptcy matter.

- (d) Assistance in forfeiture proceedings or bankruptcy proceeding provided to any witness by the government or its agents.

- (e) Money or other reward provided to any witness by the government or its agents.

- (f) Living expenses provided or paid to any witness by the government or its agents.

- (g) Medical treatment provided to any witness by the government or its agents.

- (h) Transportation expenses provided to any witness by the government or its agents.

- (i) Witness protection services provided to any witness by the government or its agents.

- (j) Documents relating to informant status or informant files.

- (k) Any statements made by the government or its agents with respect to failure to testify or otherwise cooperate.

- (l) Reports of polygraph tests performed on government witnesses.

- (m) Any benefits provided to a witness while incarcerated, including but not limited to: free or additional telephone use, contact and/or conjugal visits, additional visits, protective custody, improved living conditions, and transfer to a different unit or facility.

- (n) Any and all written communications between the government or its agents or state or local governments and a witness or his or her lawyer, including but not limited to plea agreements, draft plea agreements, immunity agreements, cooperation

agreements, and proffer letters.

(o) Any and all reports and notes pertaining to statements of witnesses whether in debriefing sessions or any other times.

(p) A list of all individuals present at any and all debriefings with witnesses.

(q) Any and all information regarding crimes or bad acts committed by witnesses, and the details of any pending criminal charges (including offenses charged, courts and docket numbers.)

(r) Any and all information regarding false statements, lies, perjury or violation of any oath or affirmation by a witness.

(s) Any and all information bearing on any witness' ability to perceive, recall and articulate, including but not limited to any information regarding physical or mental illnesses or conditions, and history of drug or alcohol abuse.

(t) Any other facts bearing on the credibility or motive of any witness to testify for the government.

(u) Authorization from any Probation Department allowing a witness to act as an informant.

(v) Disclosure of names and addresses of individuals who have made statements which are inconsistent or contradict any testimony or evidence which the government intends to introduce at trial, and the substance of such statements and documentation thereof.

(w) A full and complete statement of the past reliability of all informants or cooperating individuals whom the government intends to call as witnesses at trial.

(x) A description of all procedures used by the government and its agents to supervise all informants or cooperating individuals whom the government intends to call as witnesses at trial.

Very truly yours,

Elizabeth A. Lunt

EAL/sc