UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES             )
                                    )
v.                                )         Docket No. 11-CR-10233-GAO
                                    )
CHRISTOPHER CHASSE    )
                                    )
_____)

## JOINT INTERIM STATUS REPORT

In response to the Court's order of January 22, 2013, the parties submit the following information:

1. Counsel have been informed that as of February 1, 2013 Wyatt is permitting the viewing of hard drives on library computers. This information was provided to the defendant on February 6, 2013. If this does not solve the issue of the defendant having access to discovery, defense counsel will file an appropriate motion.

2. On February 1, 2013, the prosecution responded to defendant's discovery letter of November 21, 2012. Defense counsel intends to file a discovery motion as to certain unresolved matters.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:

 /s/ Victor A. Wild_____
Victor A. Wild
Assistant U.S. Attorney
(617) 748-3100

                                            CHRISTOPHER CHASSE
                                            By his attorney,

                                            /s/ Elizabeth A. Lunt
                                            Elizabeth A. Lunt (BBO # 307700)
                                            65a Atlantic Avenue
                                            Boston, MA 02110
                                            (617) 742-6020

Dated: February 11, 2013

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of this document was filed this day via electronic filing with the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, 02210.

                                            /s/ Elizabeth A. Lunt
                                            Elizabeth A. Lunt